UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Clifton A. Satterwhite,

    Petitioner,

v.

United States of America,

    Respondent.

Case No. 2:20-cv-02960
Crim. No. 2:16-cr-00205

Judge Michael H. Watson

Magistrate Judge Chelsey M. Vascura

## ORDER

On June 23, 2020, the Magistrate Judge issued a Report and Recommendation pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings recommending that the Motion to Vacate under 28 U.S.C. § 2255, ECF No. 63, be dismissed. Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The Report and Recommendation, ECF No. 65, is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

Petitioner has waived his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Therefore, the Court **DECLINES** to issue a certificate of appealability.

    **IT IS SO ORDERED**.

                            */s/ Michael H. Watson*_____
                            **MICHAEL H. WATSON, JUDGE**
                            **UNITED STATES DISTRICT COURT**